RECEIVED
IN ALEXANDRIA, LA
DEC 11 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| VIVIAN LYNN BARLOW GLAZE | CIVIL ACTION NO. 06-1618-A |
| -vs- | JUDGE DRELL |
| SHEER REFLECTIONS, INC., ET AL. | MAGISTRATE JUDGE KIRK |

## ORDER

Considering the Motion for Leave to Appeal filed by Plaintiff Vivian Lynn Barlow Glaze pursuant to Federal Bankruptcy Rule 8003 and 28 U.S.C. § 158; further considering that no "Answer" or objection to the motion as allowed by Federal Bankruptcy Rule 8003(a) was transmitted to this Court under Federal Bankruptcy Rule 8003(b); and further considering that judicial economy will be served by an early resolution of the issues raised in the motion,

IT IS ORDERED that the Motion for Leave to Appeal (Document No. 2) is GRANTED.

We note a designated record has already been transmitted. (Document No. 6.) Accordingly, the Clerk of this Court may now issue the usual NOTICE OF SETTING BANKRUPTCY APPEAL.

SIGNED on this 8th day of December, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE